UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEALED MATTER

Case No. 3:18mj1658 (JGM)

**FILED UNDER SEAL**

May 18, 2020

## MOTION TO UNSEAL CASE, CONTINUE SEALING UNREDACTED PLEADINGS, AND FILE REDACTED PLEADINGS

The government hereby responds to the Court's order to show cause dated April 20, 2020, and moves to:

1) UNSEAL the case;

2) CONTINUE SEALING the following unredacted documents:

   a. Application for Pen Register (Doc. 1);

   b. Order as to Pen Register (Doc. 3);

   c. Order to Service Provider (Doc. 4);

3) PUBLICLY FILE redacted versions of the documents listed in paragraph 2.

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully requests that this matter, which was originally ordered sealed on or about October 22, 2018, be unsealed.

Pursuant to Local Rule 57 of Criminal Procedure, the continued sealing of the unredacted affidavit, application and orders as described above is justified because the target was not charged in this investigation. The government is filing with this motion redacted versions of the Application (Doc. 1); Order as to Pen Register (Doc. 2); Order to Service Provider (Doc. 3) for public filing. Here, the presumption of access to these particular documents is outweighed by the countervailing factors in favor of sealing described above. Moreover, even if a higher

standard of sealing applied, the requested sealing of the unredacted documents is essential to preserve compelling interests and is narrowly tailored to serve those interests.

The United States respectfully also requests that the present motion be filed and maintained under seal until further order of the Court, because unsealing it would likewise disclose that the docket in question relates to matters that have been properly sealed.

A proposed order is attached.

> Respectfully submitted,
>
> JOHN H. DURHAM
> UNITED STATES ATTORNEY
>
> */s/ Susan L. Wines*
>
> SUSAN L. WINES
> ASSISTANT U.S. ATTORNEY
> Federal Bar No. phv2379
> 157 Church Street, 25th Floor
> New Haven, CT  06510
> Tel.:    (203) 821-3700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEALED MATTER

Case No. 3:18mj1658 (JGM)

May 18, 2020

## ORDER TO UNSEAL CASE, CONTINUE SEALING UNREDACTED PLEADINGS, AND FILE REDACTED PLEADINGS

Upon due consideration of the government's Motion to Unseal Case, Continue Sealing Affidavit, and File Redacted Pleading, it is hereby ORDERED that:

1) the case is unsealed;

2) the following unredacted documents shall remain under seal until further order of the Court:

   a. Application (Doc. 1);

   b. Order as to Pen Register (Doc. 3);

   c. Order to Service Provider (Doc. 4); and

3) redacted versions of the documents listed above shall be publicly filed.

The Court finds that the presumption of access to the unredacted documents is outweighed by the countervailing factors in favor of sealing described in the government's motion. Moreover, even if a higher standard of sealing applied, the requested sealing of the unredacted documents is essential to preserve compelling interests and is narrowly tailored to serve the interests the government has identified in its motion.

It is so ordered.

_____
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE